Entered: June 29th, 2022
Signed: June 29th, 2022

**SO ORDERED**

Objections to the Motion for Sale [Docket No. 52] shall be filed by no later than 1:00 PM on July 11, 2022. A hearing, if needed, will be held via zoom videoconference on July 13, 2022 at 2:00 PM. Contact Hearings_DER@mdb.uscourts.gov for instructions on how to participate in the hearing.



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| LOGOS, INC., | * | Case No. 22-12491 DER |
| Debtor. | * | (Chapter 11, Subchapter V) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING MOTION TO SHORTEN TIME AND/OR REQUEST FOR EXPEDITED HEARING

Having considered the Movant's Motion to Shorten Time and/or Request for Expedited Hearing, it appearing that cause exists to grant the relief requested, and pursuant to Local Bankruptcy Rule 9013-7, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the time to object to the Motion listed below is shortened to the date and time set forth above:

### MOTION FOR ENTRY OF ORDER
### (A) APPROVING AN AUCTION SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS, (B) APPROVING SALE PROCEDURES RELATED TO THE SALE OF ASSETS AND UNEXPIRED GROUND RENT LEASES IN CERTAIN REAL AND PERSONAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, (C) APPROVING FORM OF AUCTION PURCHASE, AND (D) GRANTING RELATED RELIEF

ORDERED, that a hearing upon the Motion will be held on the date and time set forth above by video conference on the date set forth by the Court above, or if no date is set forth above, *a separate Notice or Order of this Court may be issued*; and it is further

ORDERED, that the Movant shall serve by overnight delivery, electronic mail, or facsimile a copy of the Motion on the affected parties identified in the Motion to Shorten Time and/or

{00248544.DOCX.1}

Request for Expedited Hearing and file the applicable Certificate of Service within one day of entry of this Order; and it is further

ORDERED, that if no objection is filed by any party in interest to the Motion to Sell the Assets Free and Clear are filed, the Motion may be granted without further notice or hearing.

**END OF ORDER**

{00248544.DOCX.1}