**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)*  __22-12491__                Chapter  __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Logos, Inc.** | |

| | | | |
|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  510 Johnnys** | |

| | | | |
|---|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **26-3899073** | |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **510 Market Place Drive** **Bel Air, MD 21014** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Harford** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Logos, Inc.** | | Case number (*if known*) | 22-12491 |
|---|---|---|---|---|
| | Name | | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

Debtor **Logos, Inc.**
Name

Case number (*if known*) **22-12491**

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ When _____ | | Case number, if known _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

page 3

Debtor  **Logos, Inc.**
Name

Case number (*if known*) **22-12491**

☐ $50,001 - $100,000

☐ $10,000,001 - $50  million

☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000

☐ $50,000,001 - $100 million

☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million

☐ $100,000,001 - $500 million

☐ More than $50 billion

| Debtor | Logos, Inc. | Case number (*if known*) | 22-12491 |
|---|---|---|---|
| | Name | | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 26, 2022**
MM / DD / YYYY

**X** **/s/ Mohammed Jadoo**
Signature of authorized representative of debtor

**Mohammed Jadoo**
Printed name

Title   **Vice President**

---

**18. Signature of attorney**

**X** **/s/ Robert B. Scarlett**
Signature of attorney for debtor

Date   **July 26, 2022**
MM / DD / YYYY

**Robert B. Scarlett 01424**
Printed name

**Scarlett & Croll, P.A.**
Firm name

**201 N. Charles St., Ste. 600**
**Baltimore, MD 21201**
Number, Street, City, State & ZIP Code

Contact phone   **410-468-3100**    Email address   **rscarlett@scarlettcroll.com**

**01424 MD**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Logos, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   **22-12491**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __July 26, 2022__     X __/s/ Mohammed Jadoo__
                                       Signature of individual signing on behalf of debtor

                                        **Mohammed Jadoo**
                                        Printed name

                                        **Vice President**
                                        Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Logos, Inc.** | |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** | |
| Case number (if known): | **22-12491** | |

■ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ACME Paper Co. 8229 Sandy Court Jessup, MD 20794** | | **Paper supplier** | | | | **$5,646.72** |
| **Arbutus Refrigeration 2635 Beson Ave Halethorpe, MD 21227** | | **New ice maker in kitchen** | | | | **$6,000.00** |
| **Ascap PO Box 331608 Nashville, TN 37203-7515** | | **Lic Fee** | | | | **$6,196.72** |
| **BGE 110 W Fayette Street Baltimore, MD 21201** | | | | | | **$81,446.05** |
| **BSA Seafood PO Box 460 Grasonville, MD 21638** | | **Administrative Claim - Raw Food Supplier** | | | | **$10,076.25** |
| **BSA Seafood PO Box 460 Grasonville, MD 21638** | | **Raw Food Supplier** | | | | **$8,140.49** |
| **C&E Realty Company Hill Management Sevices, Inc. 9640 Deereco Rd Lutherville Timonium, MD 21093** | | **Landlord - Valued Per Proof of Claim** | **Unliquidated** | | | **$23,985.10** |
| **Comptroller of Maryland - Baltimore 301 West Preston Street, Suite 409 Baltimore, MD 21201** | | **Taxes owed - The dispute is to the penalties charge of $19,768.31. Claim valued by Proof of Claim.** | **Disputed** | | | **$213,317.00** |

| Debtor | **Logos, Inc.** | Case number *(if known)* | **22-12491** |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Enviro-Master PO Box 12350 Charlotte, NC 28220** | | **Administrative Claim - Cleaning Services** | | | | **$6,752.33** |
| **Gordon Food Services, Inc. P.O. Box 2244 Port Henry, NY 12974-4200** | | **Claim valued by Proof of Claim.** | | | | **$12,974.42** |
| **Leo's Produce 7460 Conowingo Ave. Jessup, MD 20794** | | **Purchase of fruits and vegetables** | | | | **$45,000.00** |
| **M&T Bank 626 Commerce Drive Buffalo, NY 14228** | | **This is an overdraft bill for 510 Johnnys** | | | | **$20,000.00** |
| **Maryland American Waters 260 Gateway Drive 4A Bel Air, MD 21014** | | **Administrative Claim - Water supplier** | | | | **$7,846.05** |
| **Monument Insurance Services c/o Todd Coulhard 6410 Frederick Road Catonsville, MD 21228** | | **Insurance** | | | | **$6,963.95** |
| **Ray Enterprises 318 Astor St Newark, NJ 07114** | | **Purchase of steaks/meats** | | | | **$48,000.00** |
| **Schindler Elevators 1730 Twin Spring Rd. Suite 222 Halethorpe, MD 21227** | | **Services on the elevators** | | | | **$7,239.60** |
| **SESAC-Music PO Box 5246 New York, NY 10008-5246** | | **For the stage /in house speakers** | | | | **$6,239.25** |
| **Sysco 8000 Dorsey Run Road Jessup, MD 20794** | | **Adminstrative Claim - Raw Food** | | | | **$18,266.41** |
| **Sysco Baltimore 8000 Dorsey Run Road Jessup, MD 20794** | | **Administrative Claim** | | **$12,025.56** | **$0.00** | **$12,025.56** |
| **Tanny Seafood 146-20 23rd Ave. Whitestone, NY 11357** | | **Purchase of seafood** | | | | **$15,000.00** |

**Fill in this information to identify the case:**

Debtor name  **Logos, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF MARYLAND

Case number (if known)  **22-12491**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................... $     **250,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................... $     **250,100.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................... $     **500,100.00**

| Part 2: | Summary of Liabilities |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **499,933.47**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................... $     **213,817.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$     **375,397.97**

4. **Total liabilities** ..........................................................................................
   Lines 2 + 3a + 3b     $     **1,089,148.44**

**Fill in this information to identify the case:**

Debtor name **Logos, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) **22-12491**

■ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | $100.00 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**          $100.00
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.    **Deposits - Harford Bank (Payroll - Account No. 61007390 and Operating - Account No. 61007170)**          $0.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**          $0.00
Add lines 7 through 8. Copy the total to line 81.

Debtor    **Logos, Inc.**
Name

Case number *(If known)*  **22-12491**

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** **Food - Food is valued at no-resale value in a liquidation** | | $0.00 | | $0.00 |

20.     **Work in progress**

21.     **Finished goods, including goods held for resale**

22.     **Other inventory or supplies**

23.     **Total of Part 5.**

       Add lines 19 through 22.  Copy the total to line 84.  $0.00

24.     **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

Debtor **Logos, Inc.**
Name

Case number *(If known)* **22-12491**

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office furniture, equipment, tables, chairs, kitchen equipment and computers etc. These items are right now an unknown value and could be worth more that $200,000.** | $0.00 | Liquidation | $250,000.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $250,000.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

Debtor __Logos, Inc.__          Case number *(If known)* __22-12491__
Name

| | | | | |
|---|---|---|---|---|
| 55.1. | **The Debtor has a lease managed by Hill Management which, if transfered, could have value. The leasehold interest and the Debtor's personal property and equipment could by worth, according to Alex Cooper Auctioneers, $500,000 or more. The Debtor purchased the interest out of an auction for significantly more monies and now the assets are in better condition as compared to the day the Debtor purchased the assets** | **Lease hold interest in 510 Market Place, Bel Air, Maryland** | **$0.00**    Expert | **$250,000.00** |
| 55.2. | **Liquor License - This is part of the Personal Property Valuation and the license is projected to be transferred with the sale of the Debtor's assets** | **Liquor License** | **Unknown** | **$0.00** |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| |
|---|
| **$250,000.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

  ■ No
  ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

  ■ No
  ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

  ■ No. Go to Part 11.
  ☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ■ No. Go to Part 12.

Debtor    **Logos, Inc.**
Name

Case number *(If known)*  **22-12491**

☐ Yes Fill in the information below.

Debtor  **Logos, Inc.**                                                     Case number *(If known)* **22-12491**
        Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $100.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $250,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.............................................> | | $250,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $250,100.00 | + 91b. $250,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $500,100.00 |

**Fill in this information to identify the case:**

Debtor name __**Logos, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF MARYLAND__

Case number (if known) __**22-12491**__

■ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1    Sandy Spring Bank**<br>Creditor's Name<br><br>**17801 Georgia Ave**<br>**Olney, MD 20832**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Business Loan - Amount due is as of May 9, 2022 exclusive of fees and payments received after  - May 5, 2022.  Claim valued by Proof of Claim.**<br><br>**Describe the lien**<br>**IDOT on Property 510 Market Place, Bel Air, MD 21014**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $481,707.05 | Unknown |
| **2.2    Sysco Baltimore**<br>Creditor's Name<br><br>**8000 Dorsey Run Road**<br>**Jessup, MD 20794**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**Administrative Claim**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $12,025.56 | $0.00 |

Debtor  **Logos, Inc.**
_____
Name

Case number (*if known*)  **22-12491**
_____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Sysco Baltimore, LLC** | **Describe debtor's property that is subject to a lien** | $6,200.86 | $210,100.00 |
|---|---|---|---|---|

Creditor's Name

**All assets - Creditor is also secured by an IDOT offered by a guarantor which property is owned by Koros, Inc., but the property is not property of the Debtor.  This is a prepre petition claim which the Debtor's has money to pay.**

**8000 Dorsey Run Road
Jessup, MD 20794**

Creditor's mailing address

**Describe the lien**
_____

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$499,933.47** |

---

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Joshua Bradley, Esquire<br>Rosenberg Martin Greenberg, LLP<br>25 South Charles Street, 21st Floor<br>Baltimore, MD 21201** | Line  **2.1** | |

**Fill in this information to identify the case:**

Debtor name **Logos, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) **22-12491**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Comptroller of Maryland - Baltimore**<br>**301 West Preston Street, Suite 409**<br>**Baltimore, MD 21201** | **$213,317.00** | **$213,317.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes owed - The dispute is to the penalties charge of $19,768.31.  Claim valued by Proof of Claim.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Harford County Tax Department**<br>**2 S. Bond Street**<br>**Bel Air, MD 21014** | **$0.00** | **$0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes - Claim valued by Proof of Claim.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Logos, Inc.** | | Case number (if known) | **22-12491** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,650.00 |
|---|---|---|---|

**Accent Printers**
**11110 Pulaski Highway**
**White Marsh, MD 21162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Menu printing**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,646.72 |
|---|---|---|---|

**ACME Paper Co.**
**8229 Sandy Court**
**Jessup, MD 20794**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Paper supplier**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,231.90 |
|---|---|---|---|

**ANS Seafood**
**4 Williams Street**
**Elmsford, NY 10523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/13/2022 - 05/20/2022**

Last 4 digits of account number _

Basis for the claim:  **Administrative Claim - Seafood**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |
|---|---|---|---|

**Arbutus Refrigeration**
**2635 Beson Ave**
**Halethorpe, MD 21227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **New ice maker in kitchen**

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,196.72 |
|---|---|---|---|

**Ascap**
**PO Box 331608**
**Nashville, TN 37203-7515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lic Fee**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Logos, Inc.**                                          Case number (*if known*)   **22-12491**
_____            _____
Name

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,300.00 |

**AT&T**
**208 S. Akard Street**
**Dallas, TX 75202-2000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Internet/telecom Serrvice provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |

**BFPE International**
**7512 Connelley Drive**
**Hanover, MD 21076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Fire extinguishers**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81,446.05 |

**BGE**
**110 W Fayette Street**
**Baltimore, MD 21201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1000**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,361.61 |

**BMI**
**10 Music Square East**
**Nashville, TN 37203-4399**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Music Royalties**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,596.00 |

**BPS**
**3807 North Point Road**
**Dundalk, MD 21222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/09/2022 - 05/29/2022**

Last 4 digits of account number _

Basis for the claim:  **Administrative Claim - Security**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Brenda Famolaro**
**32 Tolchester Lane**
**Bel Air, MD 21014**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,076.25 |

**BSA Seafood**
**PO Box 460**
**Grasonville, MD 21638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/12/2022 - 5/17/2022**

Last 4 digits of account number _

Basis for the claim:  **Administrative Claim - Raw Food Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Logos, Inc.**
_____
Name

Case number (if known) **22-12491**
_____

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,140.49**

**BSA Seafood**
**PO Box 460**
**Grasonville, MD 21638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Raw Food Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,985.10**

**C&E Realty Company**
**Hill Management Sevices, Inc.**
**9640 Deereco Rd**
**Lutherville Timonium, MD 21093**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Landlord - Valued Per Proof of Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00**

**Comcast Internet**
**1702 John F. Kennedy Blvd**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Internet**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$351.70**

**Delta Restaurant Equipment Service LLC**
**2220 A Jaycee Drive**
**Joppa, MD 21085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Fryer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00**

**Direct TV**
**2230 E. Imperial Hwy**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **tv service provider**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00**

**Ecolab**
**1 Ecolab Place**
**Saint Paul, MN 55102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Sanitation Purchases**
**Leasing of dishwasher through US Foods**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,752.33**

**Enviro-Master**
**PO Box 12350**
**Charlotte, NC 28220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/25/2021 - 05/17/2022**

Basis for the claim:  **Administrative Claim - Cleaning Services**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **Logos, Inc.**
Name
Case number (*if known*)  **22-12491**

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|------|--------|--------|--------|

**GFL - Environmental**
**3634 Conowingo Rd**
**Street, MD 21154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Garbage collection__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,250.00 |
|------|--------|--------|--------|

**GFL Environmental**
**3634 Conowingo Road**
**Street, MD 21154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trash Company__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.00 |
|------|--------|--------|--------|

**Golden Malted**
**PO Box 129**
**Concordville, PA 19331-0128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Mixed Bags.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,974.42 |
|------|--------|--------|--------|

**Gordon Food Services, Inc.**
**P.O. Box 2244**
**Port Henry, NY 12974-4200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Claim valued by Proof of Claim.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------|--------|--------|

**Harford County**
**Bureau of Revenue Collections**
**P.O. Box 609**
**Bel Air, MD 21014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Taxes and Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------|--------|--------|

**Harford County Liquor Control**
**16 N. Main Street**
**Bel Air, MD 21014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|--------|--------|--------|

**Harford Fire Insurance Company**
**Bankruptcy Unit, HO2-R, Home Office**
**Hartford, CT 06155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Claim valued by Proof of Claim.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Logos, Inc.**
_____
Name

Case number (if known)  **22-12491**

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |

**J & E Linen**
**1613 Robin Cir**
**Forest Hill, MD 21050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **linen & laundry service for restaurants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |

**Jadoo LLC**
**d/b/a Yia Yias Pizzeria**
**8415 Philadelphia Road**
**Baltimore, MD 21287**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Advance of legal bankruptcy retainer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |

**Koros, Inc.**
**6300 Baltimore National Pike**
**Catonsville, MD 21228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Insider Contribution**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |

**Koros, LLC**
**6300 Baltimore National Pike**
**Catonsville, MD 21228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Insider Contribution**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,743.52** |

**L&J Refridgeration and Air Conditioning**
**PO Box 1105**
**Bel Air, MD 21014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Refridgeration and Air Conditioning**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,000.00** |

**Leo's Produce**
**7460 Conowingo Ave.**
**Jessup, MD 20794**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Purchase of fruits and vegetables**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |

**Louis Korologos**
**1 Mountain Road**
**Dundalk, MD 21222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Insider contribution**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Logos, Inc._____     Case number (if known) __22-12491__
      Name

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**3.34**

**Nonpriority creditor's name and mailing address**
**M&T Bank**
**626 Commerce Drive**
**Buffalo, NY 14228**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **$20,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __This is an overdraft  bill for 510 Johnnys__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.35**

**Nonpriority creditor's name and mailing address**
**Maryland American Waters**
**260 Gateway Drive**
**4A**
**Bel Air, MD 21014**

Date(s) debt was incurred _4/22/2022 - 8/29/2022_
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **$7,846.05**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Administrative Claim - Water supplier__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.36**

**Nonpriority creditor's name and mailing address**
**Mattes Seafood**
**921 Old Philadelphia Road**
**Aberdeen, MD 21001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **$4,202.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Seafood__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.37**

**Nonpriority creditor's name and mailing address**
**Monument Insurance Services**
**c/o Todd Coulhard**
**6410 Frederick Road**
**Catonsville, MD 21228**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **$6,963.95**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Insurance__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.38**

**Nonpriority creditor's name and mailing address**
**Nick Moriatis**
**543 Marketplace Drive**
**Bel Air, MD 21014**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **$1.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Insider__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.39**

**Nonpriority creditor's name and mailing address**
**P. Moriatis**
**543 Marketplace Drive**
**Bel Air, MD 21014**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **$1.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Insider Contribution__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.40**

**Nonpriority creditor's name and mailing address**
**PureForce, a division**
**of U.S. Foods**
**2880 Comly Road**
**Philadelphia, PA 19154**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __This is the same lease as the Ecola lease__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Logos, Inc. | | Case number (if known) | 22-12491 |
|---|---|---|---|---|
| | Name | | | |

---

**3.41** | Nonpriority creditor's name and mailing address
**Ray Enterprises**
318 Astor St
Newark, NJ 07114

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Purchase of steaks/meats

Is the claim subject to offset? ■ No ☐ Yes

**$48,000.00**

---

**3.42** | Nonpriority creditor's name and mailing address
**Roberts Oxygen Company, Inc.**
15830 Redland Road
Bel Air, MD 21014

Date(s) debt was incurred  3/10/22 - 6/30/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Administrative Claim - CO2 for carbination

Is the claim subject to offset? ■ No ☐ Yes

**$1,115.52**

---

**3.43** | Nonpriority creditor's name and mailing address
**Roma Gourmet Foods**
6801 Eastern Avenue
Suite 230
Baltimore, MD 21224

Date(s) debt was incurred  06/24/2021

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Administrative Claim - Raw Food

Is the claim subject to offset? ■ No ☐ Yes

**$615.35**

---

**3.44** | Nonpriority creditor's name and mailing address
**Schindler Elevators**
1730 Twin Spring Rd.  Suite 222
Halethorpe, MD 21227

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services on the elevators

Is the claim subject to offset? ■ No ☐ Yes

**$7,239.60**

---

**3.45** | Nonpriority creditor's name and mailing address
**SESAC-Music**
PO Box 5246
New York, NY 10008-5246

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  For the stage /in house speakers

Is the claim subject to offset? ■ No ☐ Yes

**$6,239.25**

---

**3.46** | Nonpriority creditor's name and mailing address
**Skylight Creative Ideas, Inc.**
13 North Main Street
Bel Air, MD 21014

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Server Aprons

Is the claim subject to offset? ■ No ☐ Yes

**$257.05**

---

**3.47** | Nonpriority creditor's name and mailing address
**Sysco**
8000 Dorsey Run Road
Jessup, MD 20794

Date(s) debt was incurred  05/10/2022 - 05/19/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Adminstrative Claim - Raw Food

Is the claim subject to offset? ■ No ☐ Yes

**$18,266.41**

---

| Debtor | **Logos, Inc.** | Case number (if known) | **22-12491** |
|---|---|---|---|
| | Name | | |

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00** |

**Tanny Seafood**
**146-20 23rd Ave.**
**Whitestone, NY 11357**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of seafood**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**The Hartford Insurance**
**690 Asylum Ave**
**Hartford, CT 06155**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **This is an old policy for about $9,000 that our broker Stascon Insurance never cancelled.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |

**Tie Mortos, Inc.**
**6300 Baltimore National Pike**
**Catonsville, MD 21228**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |

**TJL, Inc.**
**1 Mountain Road**
**Pasadena, MD 21122**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insider Contribution**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$79.50** |

**Toast, Inc.**
**401 Park Drive**
**Boston, MA 02215**

Date(s) debt was incurred  **06/15/2022 - 7/14/2022**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Administrative Claim - Monthly Software Subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |

**Tyros, Inc.**
**9010 Bel Air Road**
**Nottingham, MD 21236**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insider Contribution**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**U.S. Foods**
**2255 High Hill Road**
**Browns Mills, NJ 08015**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease of a Ecolab Dishwaher at $400.00 per month**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Logos, Inc.** | Case number (if known) | **22-12491** |
|---|---|---|---|
| | Name | | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $384.48 |
|---|---|---|---|

**Verizon**
**P.O. Box 15124**
**Albany, NY 12212**

Date(s) debt was incurred  **5/9/2022**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Administrative Claim - Phones & Internet**

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Yia Yia Bakery**
**9415 Philidelphia Road**
**Cumnock, NC 27237**

Date(s) debt was incurred  __

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insider contribution**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bristol Credit, Inc**<br>**40 York Road, Suite 300**<br>**Towson, MD 21204** | Line  **3.14**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Central Acceptance Co., Inc.**<br>**406 S. High Street**<br>**Baltimore, MD 21202** | Line  **3.37**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Harford County, Maryland**<br>**Department of Law**<br>**220 South Manin Street**<br>**Bel Air, MD 21014** | Line  **3.24**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Hartford Fire Insurance Company**<br>**Bankruptcy Unit, HO2-R**<br>**Hartford, CT 06155** | Line  **3.49**<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Hill Management Services, Inc.**<br>**c/o Harris W. Eisenstein, Esquire**<br>**Rosenber Martin Greenberg, LLP**<br>**25 South Street, 21st Floor**<br>**Baltimore, MD 21201** | Line  **3.14**<br><br>☐ Not listed. Explain ____ | __ |
| 4.6 | **John C. Cannizzaro, Esquire**<br>**IceMiller**<br>**250 West Street, Suite 700**<br>**Columbus, OH 43215** | Line  **3.23**<br><br>☐ Not listed. Explain ____ | __ |
| 4.7 | **Jonathan D. Nelson, Esquire**<br>**Ferguson, Schetelich & Ballew, P.A.**<br>**100 S. Charles Street**<br>**Suite 1014**<br>**Baltimore, MD 21201** | Line  **3.11**<br><br>☐ Not listed. Explain ____ | __ |

| Debtor | **Logos, Inc.** | Case number *(if known)* | **22-12491** |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.8 | **Thomas C. Costello, Esquire**<br>**Costello Law Group**<br>**409 Washington Ave.**<br>**Suite 410**<br>**Towson, MD 21204** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **United States Liability Insurance Co.**<br>**1190 Devon Park Drive**<br>**Wayne, PA 19087** | Line **3.37**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 213,817.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ 375,397.97 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ 589,214.97 |

**Fill in this information to identify the case:**

Debtor name **Logos, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) **22-12491**

■ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Lease of dishwasher**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ecolab**<br>**1 Ecolab Place**<br>**Saint Paul, MN 55102** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Real Property Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Hill Management Sevices, Inc.**<br>**9640 Deereco Rd**<br>**Lutherville Timonium, MD 21093** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Lease dated October 10, 2017 - This is the same lease as the listed Ecolabs lease, but with an additional address.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **PureForce a Division of U.S. Foods**<br>**2880 Comly Road**<br>**Philadelphia, PA 19154** |

# United States Bankruptcy Court
### District of Maryland

In re __Logos, Inc._____     Case No. __22-12491_____
                              Debtor(s)                    Chapter __11_____

# VERIFICATION OF CREDITOR MATRIX - AMENDED


I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.




Date: __July 26, 2022_____          __/s/ Mohammed Jadoo_____
                                          __Mohammed Jadoo__/Vice President
                                          Signer/Title

Accent Printers
11110 Pulaski Highway
White Marsh, MD 21162


ACME Paper Co.
8229 Sandy Court
Jessup, MD 20794


ANS Seafood
4 Williams Street
Elmsford, NY 10523


Arbutus Refrigeration
2635 Beson Ave
Halethorpe, MD 21227


Ascap
PO Box 331608
Nashville, TN 37203-7515


AT&T
208 S. Akard Street
Dallas, TX 75202-2000


BFPE International
7512 Connelley Drive
Hanover, MD 21076


BGE
110 W Fayette Street
Baltimore, MD 21201


BMI
10 Music Square East
Nashville, TN 37203-4399

BPS
3807 North Point Road
Dundalk, MD 21222


Brenda Famolaro
32 Tolchester Lane
Bel Air, MD 21014


Bristol Credit, Inc
40 York Road, Suite 300
Towson, MD 21204


BSA Seafood
PO Box 460
Grasonville, MD 21638


C&E Realty Company
Hill Management Sevices, Inc.
9640 Deereco Rd
Lutherville Timonium, MD 21093


Central Acceptance Co., Inc.
406 S. High Street
Baltimore, MD 21202


Comcast Internet
1702 John F. Kennedy Blvd
Philadelphia, PA 19103


Comptroller of Maryland - Baltimore
301 West Preston Street, Suite 409
Baltimore, MD 21201


Delta Restaurant Equipment Service LLC
2220 A Jaycee Drive
Joppa, MD 21085

Direct TV
2230 E. Imperial Hwy
El Segundo, CA 90245


Ecolab
1 Ecolab Place
Saint Paul, MN 55102


Enviro-Master
PO Box 12350
Charlotte, NC 28220


GFL - Environmental
3634 Conowingo Rd
Street, MD 21154


GFL Environmental
3634 Conowingo Road
Street, MD 21154


Golden Malted
PO Box 129
Concordville, PA 19331-0128


Gordon Food Services, Inc.
P.O. Box 2244
Port Henry, NY 12974-4200


Harford County
Bureau of Revenue Collections
P.O. Box 609
Bel Air, MD 21014


Harford County Liquor Control
16 N. Main Street
Bel Air, MD 21014

Harford County Tax Department
2 S. Bond Street
Bel Air, MD 21014


Harford County, Maryland
Department of Law
220 South Manin Street
Bel Air, MD 21014


Harford Fire Insurance Company
Bankruptcy Unit, HO2-R, Home Office
Hartford, CT 06155


Hartford Fire Insurance Company
Bankruptcy Unit, HO2-R
Hartford, CT 06155


Hill Management Services, Inc.
c/o Harris W. Eisenstein, Esquire
Rosenber Martin Greenberg, LLP
25 South Street, 21st Floor
Baltimore, MD 21201


Hill Management Sevices, Inc.
9640 Deereco Rd
Lutherville Timonium, MD 21093


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101


Ioannis Korologo
9618 Susies Way
Ellicott City, MD 21042


J & E Linen
1613 Robin Cir
Forest Hill, MD 21050

Jadoo LLC
d/b/a Yia Yias Pizzeria
8415 Philadelphia Road
Baltimore, MD 21287


John C. Cannizzaro, Esquire
IceMiller
250 West Street, Suite 700
Columbus, OH 43215


Jonathan D. Nelson, Esquire
Ferguson, Schetelich & Ballew, P.A.
100 S. Charles Street
Suite 1014
Baltimore, MD 21201


Joshua Bradley, Esquire
Rosenberg Martin Greenberg, LLP
25 South Charles Street, 21st Floor
Baltimore, MD 21201


K.R. & B.S., Inc.
c/o Paul M. Smith, President
8102 Loch Raven Blvd.
Towson, MD 21204


K.R. and B.S., Inc.
c/o Francis A. Sauer, Resident Agent
8 E. Pleasant Street
Baltimore, MD 21202


Koros, Inc.
6300 Baltimore National Pike
Catonsville, MD 21228


Koros, LLC
6300 Baltimore National Pike
Catonsville, MD 21228

L&J Refridgeration and Air Conditioning
PO Box 1105
Bel Air, MD 21014


Leo's Produce
7460 Conowingo Ave.
Jessup, MD 20794


Louis Korologos
1 Mountain Road
Dundalk, MD 21222


M&T Bank
626 Commerce Drive
Buffalo, NY 14228


Maryland American Waters
260 Gateway Drive
4A
Bel Air, MD 21014


Mattes Seafood
921 Old Philadelphia Road
Aberdeen, MD 21001


Monument Insurance Services
c/o Todd Coulhard
6410 Frederick Road
Catonsville, MD 21228


Nick Moriatis
543 Marketplace Drive
Bel Air, MD 21014


P. Moriatis
543 Marketplace Drive
Bel Air, MD 21014

PureForce a Division of
U.S. Foods
2880 Comly Road
Philadelphia, PA 19154


PureForce, a division
of U.S. Foods
2880 Comly Road
Philadelphia, PA 19154


Ray Enterprises
318 Astor St
Newark, NJ 07114


Roberts Oxygen Company, Inc.
15830 Redland Road
Bel Air, MD 21014


Roma Gourmet Foods
6801 Eastern Avenue
Suite 230
Baltimore, MD 21224


Sandy Spring Bank
17801 Georgia Ave
Olney, MD 20832


Schindler Elevators
1730 Twin Spring Rd.  Suite 222
Halethorpe, MD 21227


SESAC-Music
PO Box 5246
New York, NY 10008-5246


Skylight Creative Ideas, Inc.
13 North Main Street
Bel Air, MD 21014

Sysco
8000 Dorsey Run Road
Jessup, MD 20794


Sysco Baltimore
8000 Dorsey Run Road
Jessup, MD 20794


Sysco Baltimore, LLC
8000 Dorsey Run Road
Jessup, MD 20794


Tanny Seafood
146-20 23rd Ave.
Whitestone, NY 11357


The Hartford Insurance
690 Asylum Ave
Hartford, CT 06155


Thomas C. Costello, Esquire
Costello Law Group
409 Washington Ave.
Suite 410
Towson, MD 21204


Tie Mortos, Inc.
6300 Baltimore National Pike
Catonsville, MD 21228


TJL, Inc.
1 Mountain Road
Pasadena, MD 21122


Toast, Inc.
401 Park Drive
Boston, MA 02215

Triantafillos Korologos
18 Apple Tree Court
Catonsville, MD 21228


Tyros, Inc.
9010 Bel Air Road
Nottingham, MD 21236


U.S. Foods
2255 High Hill Road
Browns Mills, NJ 08015


United States Liability Insurance Co.
1190 Devon Park Drive
Wayne, PA 19087


Verizon
P.O. Box 15124
Albany, NY 12212


Yia Yia Bakery
9415 Philidelphia Road
Cumnock, NC 27237