Entered: August 3rd, 2022
Signed: August 3rd, 2022

**SO ORDERED**

No further notice or opportunity for hearing is required under the particular circumstances of this case. 11 U.S.C. § 102(1). Accordingly, the Emergency Motion to Amend Consent Order [Docket No. 75] is hereby granted.



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| LOGOS, INC., | * | Case No. 22-12491 DER |
| Debtor. | * | (Chapter 11, Subchapter V) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**FIRST AMENDMENT TO
CONSENT ORDER GRANTING DEBTOR'S MOTION FOR
ENTRY OF ORDER (A) APPROVING AN AUCTION SALE OF
SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS OUTSIDE
THE ORDINARY COURSE OF BUSINESS, (B) APPROVING
SALE PROCEDURES RELATED TO THE SALE OF ASSETS AND
UNEXPIRED GROUND RENT LEASE IN CERTAIN REAL AND
PERSONAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS,
ENCUMBRANCES, AND OTHER INTERESTS, AND (C)
APPROVING FORM OF AUCTION PURCHASE, AND
<u>(D) GRANTING RELATED RELIEF (DOC. 65)</u>**

WHEREAS, on July 21, 2022, this Court entered a consent order (the "Consent Order") at Docket 65, (A) Approving an Auction Sale of Substantially All of the Debtor's Assets Outside the Ordinary Course of Business, (B) Approving Sale Procedures Related to the Sale of Assets and Unexpired Ground Rent Lease in Certain Real and Personal Property Free and Clear of Liens, Claims, Encumbrances, and Other Interests, and (C) Approving Form of Auction Purchase, and (D) Granting Related Relief;

WHEREAS, the Consent Order approves the sale procedures (the "Sale Procedures") attached to the Consent Order;

{00249337.DOCX.2}

WHEREAS, the Debtor's auctioneer, Alex Cooper Auctioneers (the "Auctioneer"), has suggested the Consent Order and Sale Procedures be modified in order to maximize the bids from potential buyers by noting that the date for pre-qualification of bids by August 5, 2022 and the requirement that a potential bidder provide financial information before the auction may be having a negative effect on the auction bidding process;

WHEREAS, given this concern by the Auctioneer, the parties to the Consent Order believe the Consent Order should be modified;

WHEREAS, this Court notes this Order supports the approved Sale Procedures set forth in paragraph 13 of the Sale Procedures which states, in part, as follows:

> The Debtor reserves the right to reject any offer on any grounds in consultation with its Professional and the Trustee.  *Notwithstanding anything contained herein to the contrary, the Debtor in its discretion, in consultation with its Professional and the Trustee, may allow a Potential Bidder whose has failed to meet the requirements of a Qualified Bidder additional time to cure any deficiencies, provided that such deficiencies are cured prior to the start of the Auction.*  Between the Qualification Deadline and the Auction, the Debtor may negotiate with or seek clarification from Qualified Bidders.  (Emphasis added).

WHEREAS, this Court notes this Order supports the approved Sale Procedures as set forth in paragraph 17(b) of the Sale Procedures which states, in part, as follows:

> The Debtor, in consultation with its Professional and the Trustee, may conduct the Auction, in the manner that the Debtor determines, in its reasonable business judgment, will result in the Successful Bid that will maximize the overall value of the Assets to the Debtor's estate, and may adopt and modify rules for the Auction at the Auction that, in the Debtor's reasonable business judgment, in consultation with its Professional and the Trustee, will better promote the goals of the Auction and that are not materially inconsistent with any of the provisions of the Sale Procedures Order, the Bankruptcy Code or any order of the Bankruptcy Court.

NOW THEREFORE, it is by the United States Bankruptcy Court for the District of Maryland:

ORDERED that:

1. Paragraph 11 of the Sale Procedures is modified to read:

A "Qualified Bidder" is an individual or entity who registers with Alex Cooper Auctioneers at any time prior to the Auction and who is determined by the Debtor, in consultation with its Professionals, the Trustee, and the Auctioneer, to be eligible to participate in the Auction.

2. Paragraph 17(a) of the Sale Procedures is modified to read:

a. On or before the Auction date and time, the Debtor may notify each Qualified Bidder that it has qualified to participate in the Auction.

3. All other provisions of the Consent Order not inconsistent with the above modifications are hereby confirmed by this Court and still governs the Consent Order and the Sale Procedures previously approved by this Court.

CONSENTED TO:

| | |
|---|---|
| /s/ Robert B. Scarlett<br>Robert Scarlett (Bar No. 01424)<br>Scarlett & Croll, P.A.<br>201 N. Charles Street, Suite 600<br>Baltimore, Maryland 21201<br>410-468-3100<br>RScarlett@ScarlettCroll.com<br><br>Attorney for Debtor | /s/ Lawrence A. Katz<br>Lawrence A. Katz (Bar No. 02526)<br>Hirschler Fleischer<br>8270 Greensboro Drive, Ste. 700<br>Tysons, Virginia 22102<br>703-584-8901<br>LKatz@hirschlerlaw.com<br><br>Subchapter V Trustee |
| /s/ Joshua D. Bradley<br>Joshua D. Bradley (Bar No. 28821)<br>Rosenberg Martin Greenberg, LLP<br>25 S. Charles Street<br>Baltimore, Maryland 21201<br>410-727-6600<br>JBradley@RosenbergMartin.com<br><br>Attorney for Sandy Spring Bank | /s/ Harris Eisenstein<br>Harris Eisentein<br>Jeffrey S. Greenberg (Bar No. 29088)<br>Rosenberg Martin Greenberg, LLP<br>25 S. Charles Street<br>Baltimore, Maryland 21201<br>410-727-6600<br>heisenstein@RosenbergMartin.com<br><br>Attorney for Hill Management Services, Inc. |

{00249337.DOCX.2}

**CERTIFICATION OF CONSENT**

      I certify that the terms of the copy of the proposed consent order submitted to the Court are identical to those set forth in the original, and that the signatures represented by the /s/ on this copy reference the signatures of the consenting parties on the original.

                                                                   */s/ Robert B. Scarlett*
                                                                   Robert B. Scarlett

cc: Attached Service List

                                                        **END OF ORDER**

{00249337.DOCX.2}

**Service List to be Served by the Debtor**
**and a Certificate of Service is to be filed in Court**

**Electronic Mail Notice List** - Parties in the case only

- **Joshua D. Bradley**    jbradley@rosenbergmartin.com, smdenson@rosenbergmartin.com
- **Harris Eisenstein**    heisenstein@rosenbergmartin.com, tmckinley@rosenbergmartin.com
- **Lawrence A. Katz**    lkatz@hirschlerlaw.com, llewis@hirschlerlaw.com
- **Katherine A. (UST) Levin**    Katherine.A.Levin@usdoj.gov, amy.busch@usdoj.gov
- **Robert B. Scarlett**    RScarlett@ScarlettCroll.com, krynarzewski@scarlettcroll.com;scarlettrr64434@notify.bestcase.com
- **US Trustee - Baltimore**    USTPRegion04.BA.ECF@USDOJ.GOV

**Email Manual Notice List:**

Sysco Baltimore, LLC
Atten: Jill Marshall, Credit Manager
Email: jill.marshall@sysco.com

Paul Weinblatt (paul@weinblattassociates.com)

Paul Cooper (paul@alexcooper.com)