Entered: September 12th, 2022
Signed: September 12th, 2022

**SO ORDERED**



David E. Rice
U. S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | * |
| | * |
| LOGOS INCORPORATED, | *   Case No. 22-12491 |
| | * |
| Debtor. | * |
| | * |
| | * |

***************************************************************************

### STIPULATION AND CONSENT ORDER ENLARGING TIME TO OBJECT TO DEBTOR'S CHAPTER 11, SUBCHAPTER V PLAN OF LIQUIDATION

Logos Incorporated [1] (the "Debtor"), Sandy Spring Bank ("SSB"), Hill Management Services, Inc. ("Hill"), and Lawrence A. Katz, Subchapter V Trustee (the "Trustee"), by their respective undersigned counsel, hereby stipulate to the following facts and order:

1. On August 8, 2022, the Debtor filed the Debtor's Chapter 11, Subchapter V Plan of Liquidation [Dkt. 79] (the "Plan").

2. Subsequent developments have occurred that may affect the terms of the Plan.

---

[1] Note the instant bankruptcy case was erroneously filed under the name "LOGOS INCORPORATED" while the correct legal name of the Debtor is "LOGOS, INC."

3.      Such developments include, without limitation, the cancellation of the scheduled auction of substantially all of the Debtor's assets.

4.      As a result, the Debtor has agreed to enlarge the time period for SSB, Hill, and the Trustee to object to the Plan from August 29, 2022 to September 12, 2022.

5.      The parties respectfully submit that good cause exists to enlarge the time to object to the Plan as aforesaid.

**NOW, THEREFORE**, based on the foregoing stipulations, good cause having been shown, it is **ORDERED** that the deadline for Sandy Spring Bank, Hill Management Services, Inc., and the Subchapter V Trustee to oppose or otherwise respond to the Plan is hereby **ENLARGED** to September 12, 2022.

**CONSENTED TO:**

| | |
|---|---|
| /s/ Robert B. Scarlett | /s/ Lawrence A. Katz |
| Robert Scarlett (Bar No. 01424) | Lawrence A. Katz (Bar No. 02526) |
| Scarlett & Croll, P.A. | Hirschler Fleischer |
| 201 N. Charles Street, Suite 600 | 8270 Greensboro Drive, Ste. 700 |
| Baltimore, Maryland 21201 | Tysons, Virginia 22102 |
| 410-468-3100 | 703-584-8901 |
| RScarlett@ScarlettCroll.com | LKatz@hirschlerlaw.com |
| | |
| Attorney for Debtor | Subchapter V Trustee |
| | |
| /s/ Joshua D. Bradley | /s/ Harris Eisenstein |
| Joshua D. Bradley (Bar No. 28821) | Harris Eisenstein (Bar No. 29694) |
| Rosenberg Martin Greenberg, LLP | Rosenberg Martin Greenberg, LLP |
| 25 S. Charles Street | 25 S. Charles Street |
| Baltimore, Maryland 21201 | Baltimore, Maryland 21201 |
| 410-727-6600 | 410-727-6600 |
| JBradley@RosenbergMartin.com | heisenstein@RosenbergMartin.com |
| | |
| Attorney for Sandy Spring Bank | Attorney for Hill Management Services, Inc. |

**CERTIFICATION OF CONSENT**

      I certify that the terms of the copy of the proposed stipulation and consent order submitted to the Court are identical to those set forth in the original, and that the signatures represented by the /s/ ____ on this copy reference the signatures of the consenting parties on the original.

                                                      */s/ Joshua D. Bradley*
                                                      Joshua D. Bradley

cc:

Robert Scarlett
Scarlett & Croll, P.A.
201 N. Charles Street, Suite 600
Baltimore, Maryland 21201

Lawrence A. Katz
Hirschler Fleischer
8270 Greensboro Drive, Ste. 700
Tysons, Virginia 22102

Joshua D. Bradley
Rosenberg Martin Greenberg, LLP
25 S. Charles Street
Baltimore, Maryland 21201

Harris Eisenstein
Rosenberg Martin Greenberg, LLP
25 S. Charles Street
Baltimore, Maryland 21201

Office of the U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD 21201

**END OF ORDER**

4888-1766-3280, v. 1