IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| *In re:* | * | |
| LOGOS, INC., | * | Case No. 22-12491 DER |
| Debtor. | * | (Chapter 11, Subchapter V) |
| * * * * * * * * | | |
| HILL MANAGEMENT SERVICES, INC., | * | |
| Movant, | * | |
| v. | * | |
| LOGOS, INC., | * | |
| Respondent. | * | |
| * * * * * * * * * * * * * | | |

**DEBTOR'S RESPONSE IN OPPOSITION TO
MOTION TO TERMINATE AUTOMATIC STAY AS TO
REAL PROPERTY COMMONLY KNOWN AS
<u>510 MARKETPLACE DRIVE, BEL AIR, MARYLAND 21014</u>**

Logos, Inc., Debtor, by Robert B. Scarlett and Scarlett & Croll, P.A., its attorneys, pursuant to Federal Rule of Bankruptcy Procedure 7008, Federal Rule of Civil Procedure 8, and Local Rule of Bankruptcy Procedure 4001-1, files this response in opposition to the motion of Hill Management Services, Inc., Movant, to terminate the automatic stay as to real property commonly known as 510 Marketplace Drive, Bel Air, Maryland 21014, and says:

1.  Debtor admits the averments set forth in paragraph number 1 of the motion.

2.  Debtor admits the averments set forth in paragraph number 2 of the motion.

3.  Debtor admits the averments set forth in paragraph number 3 of the motion.

4.  Debtor admits the averments set forth in paragraph number 4 of the motion.

5. Debtor admits the averments set forth in paragraph number 5 of the motion but further states that the copy of the leases might no be true and accurate copies.

6. Debtor admits the averments set forth in paragraph number 6 of the motion.

7. Debtor is without sufficient knowledge to admit or deny the averments in paragraph 7 and therefore denies the averments except to say that it might owe administrative rent.

8. Debtor is without knowledge or information sufficient to form a belief as to the truth of, and thus denies, the averments set forth in paragraph number 8 of the motion.

9. Debtor admits the averments set forth in paragraph number 9 of the motion.

10. Debtor admits the averments set forth in paragraph number 10 of the motion.

11. Debtor denies the averments set forth in paragraph number 11 of the motion.

12. Debtor denies the averments set forth in paragraph number 12 of the motion.

13. Debtor denies the averments set forth in paragraph number 13 of the motion.

14. Debtor denies the averments set forth in paragraph number 14 of the motion.

15. Debtor denies the averments set forth in paragraph number 15 of the motion.

16. Debtor denies the averments set forth in paragraph number 16 of the motion.

### *Affirmative Defenses*

The motion fails to state a claim upon which relief can be granted.

The motion is barred by estoppel.

The motion is barred by laches.

The motion is barred by payment.

There is equity in the property.

The property is adequately protected.

The property is necessary for an effective reorganization.

Debtor reserves the right to assert any further affirmative defenses as may be asserted by any other respondent in this proceeding or as may be learned through discovery.

WHEREFORE, Logos, Inc., respectfully requests that this Honorable Court deny the motion of Hill Management Services, Inc., to terminate the automatic stay as to real property commonly known as 510 Marketplace Drive, Bel Air, Maryland 21014, and grant such other and further relief as is deemed just and necessary.

Respectfully submitted,

/s/ Robert B. Scarlett
Robert B. Scarlett
Fed. Bar No. 01424
SCARLETT & CROLL, P.A.
201 N. Charles St., Ste. 600
Baltimore, MD 21201
rscarlett@scarlettcroll.com
(410) 468-3100
(410) 332-4026 (fax)
*Attorneys for Debtor*

*Certificate of Service*

I HEREBY CERTIFY that on this 21st day of September, 2022, a copy of the foregoing paper was served via the CM/ECF system to:

**Electronic Mail Notice List** - Parties in the case only

- **Nathan D. Adler**   nda@nqgrg.com, terry@nqgrg.com
- **Joshua D. Bradley**   jbradley@rosenbergmartin.com, smdenson@rosenbergmartin.com
- **Harris Eisenstein**   heisenstein@rosenbergmartin.com, tmckinley@rosenbergmartin.com
- **Jeffrey Greenberg**   jgreenberg@rosenbergmartin.com, smdenson@rosenbergmartin.com
- **Lawrence A. Katz**   lkatz@hirschlerlaw.com, llewis@hirschlerlaw.com
- **Katherine A. (UST) Levin**   Katherine.A.Levin@usdoj.gov, amy.busch@usdoj.gov
- **Robert B. Scarlett**   RScarlett@ScarlettCroll.com, krynarzewski@scarlettcroll.com;scarlettrr64434@notify.bestcase.com
- **US Trustee - Baltimore**   USTPRegion04.BA.ECF@USDOJ.GOV

**Manual Notice List via first class mail, postage prepaid:**

**Alex Cooper**
908 York Road
Towson, MD 21204

**Paul N. Weinblatt**
Weinblatt & Associates, P.A.
606 Baltimore Avenue
Suite 305
Towson, MD 21204

/s/Robert B. Scarlett
Robert B. Scarlett