Entered: October 5th, 2022
Signed: October 4th, 2022

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| **LOGOS, INC.,** | * | **Case No. 22-12491 DER** |
| Debtor. | * | **(Chapter 11, Subchapter V)** |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### THIRD STIPULATION AND CONSENT ORDER ENLARGING TIME TO OBJECT TO DEBTOR'S CHAPTER 11, SUBCHAPTER V PLAN OF LIQUIDATION

Logos, Inc. (the "Debtor"), Hill Management Services, Inc. ("Hill"), and Lawrence A. Katz, the Subchapter V Trustee (the "Trustee"), by their respective undersigned counsel, hereby stipulate to the following facts and order:

1.     On August 8, 2022, the Debtor filed the Debtor's Chapter 11, Subchapter V Plan of Liquidation [Dkt. 79] (the "Plan").

2.     Subsequent developments have occurred that may affect the terms of the Plan.

3.     Such developments include, without limitation, the postponement of the previously scheduled auction of substantially all of the Debtor's assets.

4.     However, the parties have determined that they need more time to work on the details of the Debtor's proposed reorganization and therefore would like to further enlarge the period of time for the parties in interest to object to the Plan.

{00251037.DOCX.1}

6.      Accordingly, the Debtor has agreed to again enlarge the time period for Hill, and the Trustee to object to the Plan until November 1, 2022.

7.      The parties respectfully submit that good cause exists to enlarge the time to object to the Plan as aforesaid.

NOW THEREFORE, based on the foregoing stipulations, good cause having been shown, it is ORDERED that the deadline for Hill Management Services, Inc. and the Subchapter V Trustee to oppose or otherwise respond to the Plan is hereby ENLARGED to November 1, 2022.

CONSENTED TO:

| | |
|---|---|
| /s/ Robert B. Scarlett<br>Robert Scarlett (Bar No. 01424)<br>Scarlett & Croll, P.A.<br>201 N. Charles St., Ste. 600<br>Baltimore, Maryland 21201<br>410-468-3100<br>RScarlett@ScarlettCroll.com<br><br>Attorney for Debtor | /s/ Lawrence A. Katz<br>Lawrence A. Katz (Bar No. 02526)<br>Hirschler Fleischer<br>8270 Greensboro Drive, Ste. 700<br>Tysons, Virginia 22102<br>703-584-8901<br>LKatz@hirschlerlaw.com<br><br>Subchapter V Trustee |
| /s/ Nathan D. Adler<br>Nathan D. Adler<br>Diane C. Bristow<br>Nathan D. Adler (Bar No. 22645)<br>Diane C. Bristow (Bar No. 26782)<br>Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.<br>One South Street, 27th Floor<br>Baltimore, Maryland 21202<br>(410) 332-8516<br>(410) 332-8517<br><br>Attorneys for Hill Management Services, Inc. | |

**CERTIFICATION OF CONSENT**

      I certify that the terms of the copy of the proposed stipulation and consent order submitted to the Court are identical to those set forth in the original, and that the signatures represented by the /s/ _____ on this copy reference the signatures of the consenting parties on the original.  Permission was received by email.

/s/ Robert B. Scarlett
Robert B. Scarlett

cc:

Robert B. Scarlett
Scarlett & Croll, P.A.
201 N. Charles Street, Suite 600
Baltimore, Maryland 21201

Lawrence A. Katz
Hirschler Fleischer
8270 Greensboro Drive, Ste. 700
Tysons, Virginia 22102

Nathan D. Adler
Diane C. Bristow
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202

Office of the U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, Maryland 21201

**END OF ORDER**