Entered: October 5th, 2022
Signed: October 5th, 2022

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| LOGOS, INC., | Case No. 22-12491 |
| Debtor. | |

### CONSENT ORDER AND STIPULATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE PRIORITY CLAIM OF GORDON FOOD SERVICE, INC.

Debtor Logos Inc., d/b/a 510 Johnny's ("Debtor"), Subchapter V Trustee Lawrence A. Katz, and creditor Gordon Food Service, Inc. ("GFS") hereby submit this Consent Order and Stipulation for Allowance and Payment of Administrative Priority Claim pursuant to 11 U.S.C. § 503(b)(9) (the "Consent Order"). On May 9, 2022 (the "Petition Date"), Debtor filed a voluntary petition for relief under Subchapter V of Chapter 11 of Title 11 of the United States Code, 11 §§ 101, et seq. (the "Bankruptcy Code"). The Debtor is currently operating as a debtor-in-possession. The Debtor owes GFS $9,413.16 for goods delivered in the 20 days prior to the Petition Date, which amount is entitled to administrative priority under section 503(b)(9) of the Bankruptcy Code. The Debtor also owes GFS $3,561.26 for goods delivered after the Petition Date, which are entitled to administrative priority under section 503(b)(1) of the Bankruptcy Code. Accordingly, the parties hereby stipulate to the allowance and payment of an administrative claim in favor of GFS in the total amount of $12,974.42.

{00251054.DOCX.1}
4865-5184-9515.2

THEREFORE, IT IS HEREBY ORDERED THAT:

1. The stipulation of the parties is approved and this Consent Order is GRANTED.

2. Gordon Food Service, Inc. is allowed an administrative claim in the amount of $12,974.42, which shall be paid as and when other allowed administrative claims are paid and in accordance with their respective priority.

**SO STIPULATED:**

Dated:  September 6, 2022

| | |
|---|---|
| */s/ John C. Cannizzaro* | */s/ Robert B. Scarlett* |
| John C. Cannizzaro | Robert Scarlett (Bar No. 01424) |
| **ICE MILLER LLP** | **SCARLETT & CROLL, P.A.** |
| 250 West Street, Suite 700 | 201 N. Charles Street, Suite 600 |
| Columbus, OH 43215 | Baltimore, Maryland 21201 |
| 614.462.1070 | 410-468-4026 |
| John.Cannizzaro@icemiller.com | RScarlett@ScarlettCroll.com |
| | |
| *Counsel for Gordon Food Service, Inc.* | *Counsel to the Debtor* |

*/s/ Lawrence A. Katz*
Lawrence A. Katz
**HIRSCHLER FLEISCHER**
8270 Greensboro Drive, Suite 700
Tysons, VA 22102
703-584-8362
lkatz@hirschlerlaw.com

*Subchapter V Trustee*

**CERTIFICATION OF CONSENT**

      I certify that the terms of the copy of the proposed consent order submitted to the Court are identical to those set forth in the original, and that the signatures represented by the /s/ on this copy reference the signatures of the consenting parties on the original by receiving their email permission.

                                              /s/ Robert B. Scarlett
                                              Robert B. Scarlett

**END OF ORDER**