Entered: February 3rd, 2023
Signed: February 3rd, 2023
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| LOGOS, INC., | * | Case Number: 22-12491-DER |
| | * | (Chapter 11 – Subchapter V) |
| | * | |
| Debtor. | * | |
| | * | |
| * * * * * * * * * * * * * * * * | * | |
| HILL MANAGEMENT SERVICES, INC., | * | |
| | * | |
| Movant | * | |
| v. | * | |
| | * | |
| LOGOS, INC., | * | |
| | * | |
| Respondent. | * | |
| * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * * |

### ORDER GRANTING MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE RENT CLAIM

Upon the Motion of Creditor, Hill Management Services, Inc. ("Hill Management"), as agent for C&E Realty Company, for Allowance and Payment of Administrative Claim (the "Motion"); and the Court having jurisdiction to consider the Motion and relief requested pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested being a case proceeding pursuant to 28 U.S.C. § 157(b); and after due notice of the Motion having been provided; and after due deliberation and sufficient cause appearing therefore; it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that the Motion be GRANTED; and it is further

**ORDERED** that, pursuant to 11 U.S.C. §§ 503(b) and 507(a)(1), Hill Management is granted an administrative expense priority claim against the Debtor in the amount of $218,344.38, and it is further;

**ORDERED** that the Allowed Administrative Claim shall be paid in accordance with the priorities set forth in Title 11 of the United States Code pursuant to the Trustee's approved final report.

cc:  Nathan D. Adler, Esquire
Diane C. Bristow, Esquire
Neuberger, Quinn, Gielen,
   Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, MD  21202-3282
nda@nqgrg.com
dcb@nqgrg.com
*Attorneys for Hill Management Services, Inc.*

Lawrence A. Katz, Esq.
Hirschler Fleisher
8270 Greensboro Drive, Suite 700
Tysons, VA  22101
lkatz@hirschlerlaw.com
*Subchapter V Trustee*

Robert B. Scarlett, Esquire
Scarlett & Croll, P.A.
201 N. Charles Street, Suite 600
Baltimore, MD 21201-4110
RScarlett@ScarlettCroll.com
*Attorney for Debtor*

Katherine A. (UST) Levin
Office of U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD 21201
*Katherine.A.Levin@usdoj.gov*
*Attorney for U.S. Trustee*

Logos, Inc.
510 Market Place Drive
Bel Air, Maryland 21014
*Debtor*

**END OF ORDER**