IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | * |
| | * |
| LOGOS, INC., | *   Case Number: 22-12491-DER |
| | *   (Chapter 11 – Subchapter V) |
| | * |
| Debtor. | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**HILL MANAGEMENT SERVICES, INC.'S RESPONSE TO THE U.S. TRUSTEE'S OFFICE'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO CONVERT THIS CASE (DOC. 119)**

Hill Management Services, Inc. ("Creditor" or "Landlord" or "Hill Management"), respectfully responds to the U.S. Trustee's Office's Motion to Dismiss or, in the alternative, to Convert this case ("the Motion") (Doc. 119) and states as follows:

1. Hill Management respectfully requests that this Court enter an Order, pursuant to 11 U.S.C. §1112(b), converting this case to Chapter 7 so that a Chapter 7 Trustee may be appointed pursuant to a conversion and, thereafter (a) he or she can investigate several open questions regarding this Debtor and (b) may be able to quickly determine if further action is warranted.

2. Specifically, a Chapter 7 Trustee could investigate:

- Whether there have been insider transactions which have had the effect of devaluing the Estate and, along those lines, whether the extent or the cost of avoiding them will exceed the amount of potential recovery;

- Whether preference and fraudulent transfer claims should be pursued and hopefully recover something for creditors;

- the status of selling Debtor's equipment and liquor license; and

324133/7742.201

-2-

- whether Debtor will reimburse the Landlord for the damage Debtor caused to the Property when it removed its fixtures and other personal property from the Property.

Indeed, to date, Debtor has not substantively responded to Landlord's requests for an update regarding (1) the status of selling Debtor's equipment and liquor license; and (2) whether Debtor will reimburse the Landlord for the damage Debtor caused to the Property when it removed its fixtures and other personal property from the Property.

3. Accordingly, Landlord respectfully requests that this Honorable Court convert this case to a Chapter 7 so that a Chapter 7 Trustee may be appointed pursuant to a conversion and he or she can investigate several open questions regarding this Debtor and may be able to quickly determine if further action is warranted.

-3-

| | |
|---|---|
| Dated:  April 3 2023 | /s/  Nathan D. Adler |
| | Nathan D. Adler |
| | Federal Bar No: 22645 |
| | Diane C. Bristow |
| | Federal Bar No. 26782 |
| | Neuberger, Quinn, Gielen, Rubin & Gibber, P.A. |
| | One South Street, 27th Floor |
| | Baltimore, Maryland  21202-3282 |
| | (410) 332-8586 – Direct |
| | (410) 332-8588 - Facsimile |
| | |
| | *Attorneys for Hill Management Services* |

-3-

4868-2191-9830, v. 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 3rd day of April, 2023, a copy of the foregoing was sent via the Court ECF system to:

Robert B. Scarlett, Esquire
Scarlett & Croll, P.A.
201 N. Charles Street, Suite 600
Baltimore, MD 21201-4110

*Attorney for Debtor*

Katherine A. (UST) Levin
Office of U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD 21201

*Attorney for U.S. Trustee*

Lawrence A. Katz, Esquire
Hirschler Fleisher
8270 Greensboro Drive, Suite 700
Tysons, VA 22101

*Subchapter V Trustee*

and mailed, via first-class mail, postage prepaid to the addresses shown below and on the attached creditor matrix.

>Logos, Inc.
>510 Market Place Drive
>Bel Air, Maryland 21014
>
>Debtor

                                                */s/ Nathan D. Adler*
Nathan D. Adler
Federal Bar No: 22645
Diane C. Bristow
Federal Bar No. 26782
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland  21202-3282
(410) 332-8586 – Direct
(410) 332-8588 - Facsimile

*Attorneys for Hill Management Services, Inc.*

-4-