Entered: April 13th, 2023
Signed: April 13th, 2023
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>**LOGOS, INC.**<br><br>Debtor. | Case No. 22-12491-DER<br>(Chapter 11 – Subchapter V) |

### ORDER CONVERTING CASE FROM CHAPTER 11 TO CHAPTER 7

On April 12, 2023, the Court held a hearing on the United States Trustee's Motion to Convert to Chapter 7 or Dismiss. (*See* Doc. 119.) Responses were filed by the Debtor and by creditor, Hill Management Services, Inc. (*See* Docs. 124, 125.) The United States Trustee, the Debtor, Hill Management Services, Inc., and the Subchapter V Trustee appeared at the hearing. Both the United States Trustee and the Debtor presented evidence at the hearing and all the parties appearing presented legal argument.

For the reasons stated on the record, the Court finds: (1) pursuant to 11 U.S.C. § 1112(b), that cause to either dismiss this case or to convert the case to a case under Chapter

7 exists, and (2) conversion of the case to a case under Chapter 7 is in the best interest of creditors and the estate. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the above-captioned case under Chapter 11 is hereby converted to a case under Chapter 7 of the Bankruptcy Code; and it is further

**ORDERED**, that Debtor(s) shall, within thirty days (30) days after the entry of this order, file a final report and account as required by Bankruptcy Rule 1019(5).

cc:   Hugh M. Bernstein
      Lawrence A. Katz
      Diane C. Bristow
      Robert B. Scarlett
      All creditors